THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| FINESSE NIKKOL SMITH-YOUNG,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFER L. VALENCIA et al.,<br><br>Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 2:24-CV-670 JNP<br><br>District Judge Jill N. Parrish |

Plaintiff Finesse Nikkol Smith-Young filed a civil-rights complaint under 42 U.S.C.S. § 1983 (2024). (ECF No. 1 (Sept. 11, 2024).) Based on Plaintiff's successful motion to proceed without prepaying the court filing fee, Plaintiff was required in a November 1, 2024, Order to pay an initial partial filing fee (IPFF) of $0.34. (ECF Nos. 2, 4-6, 8.) That Order was returned to sender; Plaintiff's address was updated based on clerk's office research; and the Order was resent to Plaintiff's new address. (ECF Nos. 8-9.) When Plaintiff still failed to pay the IPFF, on December 26, 2024, the Court issued an order for Plaintiff to show cause within thirty days why this action should not be dismissed. (ECF No. 10.) Another month later, Plaintiff has neither paid the IPFF, nor responded to the Order to Show Cause. (*Id.*) Indeed, the Court has not heard from Plaintiff since October 8, 2024, when Plaintiff filed an updated *in forma pauperis* motion. (ECF No. 5.)

For Plaintiff's failure to follow the Court's orders and prosecute this case, IT IS ORDERED that Plaintiff's complaint is DISMISSED without prejudice.

DATED this 28th day of January, 2025.

BY THE COURT:

JILL N. PARRISH
United States District Judge